THERESE E. McGLYNN, Respondent, *v.* THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.

*McGlynn* v. *Nassau Electric R. R. Co.*, 128 App. Div. 866, affirmed.
(Submitted February 18, 1910; decided March 4, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 27, 1908, reversing a judgment in favor of defendant, entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*George D. Yeomans, D. A. Marsh* and *Francis R. Stoddard, Jr.,* for appellant.

*Howard A. Sperry* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

BROOKLYN BANK, Respondent, *v.* FRANK A. BARNABY, Appellant.

(Submitted February 21, 1910; decided March 4, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 197 N. Y. 210.)

---

TILLIE STROBEL, an Infant, by AMANDA STROBEL, Her Guardian ad Litem, Respondent, *v.* FANNIE LIEBMANN et al., Appellants.

(Submitted February 28, 1910; decided March 4, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 197 N. Y. 348.)